UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| D'JOHN JAYON ANDERSON,<br><br>               Plaintiff,<br>    v.<br>JAMES E. DZURENDA,<br><br>               Defendant. | Case No. 3:24-cv-00459-MMD-CSD<br><br>ORDER |

Plaintiff filed a notice stating that he intended to initiate a single civil rights case but that because he filed documents without a case number, new cases were opened for those documents. (ECF No. 3.) As a result, Plaintiff now has three open cases, including this one, but has continued to file documents in case 3:24-cv-00457-ART-CLB. (*Id.*) He would like to proceed with only that case. (*Id.*)

As such, the Court will administratively close this case as inadvertently opened. The Court will also direct the Clerk of the Court to send Plaintiff a courtesy copy of the initiating document in this case. Plaintiff may file that document in his other case with the correct case number. *See* LR IA 10-2 (detailing the required format for filed documents which includes a case number).

It is therefore ordered that the Clerk of the Court is directed to administratively close this case and send Plaintiff a courtesy copy of the document filed at ECF No. 1-1.

DATED THIS 21st Day of October 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE